# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

RONALD VICKERY,        Case No. 18-CV-0136 (DSD/SER)

     Plaintiff,

v.               **ORDER**

CITY OF WINONA, Minnesota;
ANTHONY WURST; STEPHEN
SARVI, City Manager; DOUG
CICHOSZ; COREY LEIGHTON; PAUL
ANDERSON; DEREK LANNING;
MIKE FLAHERTY; and PAUL
BOSTRACK, City Police Chief,

     Defendants.

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that this action be DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(b) for failure to prosecute.

Dated: May 14, 2018        s/David S. Doty
               David S. Doty, Judge
               United States District Court